Zehr, Appellant, *v.* March.

472

Argued April 25, 1962. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

reargument refused June 13, 1962.

*J. Leon Rabben,* with him *Leonard F. Markel,* and *Tubis and Rabben,* for appellant.

*W. J. C. O'Donnell,* with him *John P. Yatsko,* and *O'Donnell & O'Donnell,* for appellees.

OPINION PER CURIAM, May 21, 1962:
The order of the court below is affirmed on the opinion of President Judge FORREST of the Court of Common Pleas of Montgomery County.

---

DISSENTING OPINION BY JUSTICE COHEN:
Since the petition to open judgment in this case did not contain and the defendants did not prove a meritorious defense, and since the failure on the part of defendants' counsel to represent diligently the defendants has not been properly excused, I would reverse the action of the lower court in opening the judgment.